**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1614

KENNETH F. KLEIN, III,

Plaintiff - Appellant,

v.

KENNETH CHITTY, Assistant Commonwealth Attorney; KELYN GIBSON, Assistant Commonwealth Attorney,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:24-cv-00861-DJN)

Submitted:  August 28, 2025                    Decided:  September 3, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth F. Klein, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth F. Klein, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we grant Klein's motions to amend his informal brief and affirm the district court's order. *Klein v. Chitty*, No. 3:24-cv-00861-DJN (E.D. Va. May 15, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*